NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3013

ANNA M. BUENROSTRO,

Petitioner,

v.

DEPARTMENT OF JUSTICE,

Respondent.

Petition for review of the Merit Systems Protection Board in
SF0752090072-I-1.

ON MOTION

Before SCHALL, Circuit Judge.

## ORDER

Anna M. Buenrostro moves for reconsideration of the clerk's rejection of her petition for review as untimely and moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. Buenrostro's informal brief is due within 21 days from the date of filing of this order.

FOR THE COURT

DEC 15 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Anna M. Buenrostro
Jeffrey A. Regner, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 15 2009

JAN HORBALY
CLERK